# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

INEZ S. BELLESS,  )
        Plaintiff,  )
        v.  ) Case No. 2:10-cv-0269-RLH-LRL
UNITED STATES OF AMERICA,  )
        Defendant.  )

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff respectfully requests that the Court dismiss this civil action, <u>without prejudice</u>, in order to permit Plaintiff to exhaust her administrative remedies before the United States Postal Service. Defendant has no opposition.

Respectfully submitted,

/s/ *Glenn A. Paternoster*, Esq.

GLENN A. PATERNOSTER
Aaron & Paternoster
2300 West Sahara Avenue, Suite 650
Las Vegas, Nevada 89102
Tele: (702) 384-4111
Fax: (702) 387-9739

Attorney for the Plaintiff

October 21, 2010

DANIEL G. BOGDEN
United States Attorney

/s/ *Paul S. Padda*

PAUL S. PADDA
Assistant United States Attorney
333 Las Vegas Blvd. South, #5000
Las Vegas, Nevada 89101
Tele: (702) 388-6336
Fax: (702) 388-6787

Attorneys for the United States

Dated: October 21, 2010

**IT IS SO ORDERED:**

**The joint stipulation for voluntary dismissal is hereby granted (without prejudice).**

_Roger L. Hunt_
UNITED STATES DISTRICT JUDGE

Dated: October 22, 2010